IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARK CRUTCHER
ADC #653146                                                             PLAINTIFF

v.                       No. 1:14-cv-113-DPM

LANCE BONDS, Sheriff, Stone County Jail;
RUSTY McCOY, Jailer, Stone County Jail;
WEST COOK, Jailer, Stone County Jail; and
KYLE BRANSCUM, Jailer, Stone County Jail            DEFENDANTS

ORDER

Unopposed recommendation, № 22, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Defendants' motion for summary judgment, № 18, is granted. Crutcher's complaint will be dismissed with prejudice.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

26 September 2015