IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MARK CRUTCHER**
**ADC #653146**                                          **PLAINTIFF**

v.                  No. 1:14-cv-113-DPM

**LANCE BONDS, Sheriff, Stone County Jail;**
**RUSTY McCOY, Jailer, Stone County Jail;**
**WEST COOK, Jailer, Stone County Jail; and**
**KYLE BRANSCUM, Jailer, Stone County Jail**      **DEFENDANTS**

## JUDGMENT

Crutcher's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

26 September 2015